UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00221-MOC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **AMENDED** |
| | ) | **ORDER** |
| KRISTIAN F. SIERP, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant Sierp's Motion to Continue (#31). Having considered such motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Sierp's Motion to Continue (#31) is **GRANTED,** and the time is excluded. The case will be continued to the next appropriate term.

This Order has been amended as references to a co-defendant were previously entered in error.

Signed: January 5, 2017



Max O. Cogburn Jr.
United States District Judge